| | |
|---|---|
| Scott H. Frewing, SBN 191311<br>**BAKER & McKENZIE LLP**<br>660 Hansen Way<br>Palo Alto, CA 94304-1044<br>Telephone: +1.650.856.2400<br>Facsimile: +1.650 856.9299<br>scott.frewing@bakermckenzie.com<br><br>James M. O'Brien (*Pro Hac Vice*)<br>**BAKER & McKENZIE LLP**<br>300 East Randolph Street, Suite 5000<br>Chicago, IL 60601<br>Telephone: +1.312.861.8602<br>Facsimile: +1.312.698.2323<br>james.m.o'brien@bakermckenzie.com<br><br>Attorneys for Respondent<br>WILLIAM L. VEGHTE<br><br>Daniel A Rosen (*Pro Hac Vice*)<br>**BAKER & McKENZIE LLP**<br>452 Fifth Avenue<br>New York, NY 10018<br>Telephone: 212 626 4272<br>Facsimile: 212 310 1672<br>daniel.rosen@bakermckenzie.com<br><br>Attorneys for Proposed Intervenor<br>MICROSOFT CORPORATION | DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br><br>NOREENE STEHLIK (DC Bar No. 394479)<br>Senior Litigation Counsel, Tax Division<br>JEREMY HENDON (OR Bar No. 982490)<br>AMY MATCHISON (CA Bar No. 217022)<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683, Ben Franklin Station<br>Washington, DC 20044-0683<br>Email: Noreene.C.Stehlik@usdoj.gov<br>       Jeremy.Hendon@usdoj.gov<br>       Amy.T.Matchison@usdoj.gov<br>       Western.TaxCivil@usdoj.gov<br>Telephone:   (202) 514-6489<br>             (202) 353-2466<br>             (202) 307-6422<br><br>MELINDA L. HAAG<br>Northern District of California<br>United States Attorney<br><br>Attorneys for Petitioner<br>THE UNITED STATES OF AMERICA |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM L. VEGHTE,<br><br>    Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 14-CV-5565 (JST)**<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO TRANSFER ACTION TO**<br>**THE UNITED STATES DISTRICT**<br>**COURT FOR THE WESTERN**<br>**DISTRICT OF WASHINGTON** |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. 14-CV-05565(JST)
STIPULATION TO TRANSFER ACTION TO USDC - WESTERN DIST. OF WASHINGTON

1  Petitioner United States, Respondent William Veghte ("Veghte"), and Proposed Intervenor
2  Microsoft Corporation ("Microsoft") (collectively, the "Parties") by and through the undersigned
3  counsel, hereby enter into this Stipulation and [Proposed] Order to Transfer Action to the United
4  States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1404(a) with
5  reference to the following facts:

6  Whereas on December 11, 2014, Petitioner initiated an action against Microsoft in the United
7  States District Court for the Western District of Washington to enforce a "designated" summons
8  served on Microsoft in connection with the Internal Revenue Service's ("IRS") examination of
9  Microsoft's 2004 through 2006 taxable years;

10 Whereas, the IRS has issued additional "related" summonses that "relate[] to the same return
11 as such designated summons";

12 Whereas, to date, the IRS has issued eighteen such "related" summonses to Microsoft, third-
13 party recordkeepers, current employees, and former employees, including Respondent.  All of the
14 "related" summonses seek documents and testimony in connection with Microsoft's 2004 through
15 2006 audit;

16 Whereas, to date, Petitioner has filed twelve enforcement actions with respect to the "related"
17 summonses, ten of which are pending in the United States District Court for the Western District of
18 Washington;

19 Whereas, all of the "related" enforcement actions pending in the United States District Court
20 for the Western District of Washington, in addition to *United States v. Microsoft Corp.*, 2:14-mc-
21 00117-RSM, are pending before the Honorable Ricardo S. Martinez;

22 Whereas, the enforcement actions pending in the United States District Court for the Western
23 District of Washington and this action involve numerous common questions of law and fact,
24 including but not limited to, Respondent's and Microsoft's defenses to enforcement;

25 Whereas, on December 22, 2014, Petitioner initiated this action by filing a Petition to
26 Enforce Internal Revenue Service Summons (DE 1) in the United States District Court for the
27 Northern District of California to enforce the "related" summons against Respondent, Microsoft's
28

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2

Case No. 14-CV-05565 (JST)
STIPULATION TO TRANSFER ACTION TO USDC - WESTERN DIST. OF WASHINGTON

former employee who worked at Microsoft's headquarters in Redmond, Washington during the Microsoft audit years and now resides in the Northern District of California;

    Whereas, on December 30, 2014, counsel for Respondent conferred with counsel for Petitioner regarding Respondent's desire to move to transfer this action to the United States District Court for the Western District of Washington in light of the ten other actions to enforce "related" summons pending in that district, along with the underlying action to enforce the "designated" summons that is also pending in that district;

    Whereas, on December 30, 2014, Microsoft filed a Motion to Intervene in this action, on the grounds that 26 U.S.C. § 7609(b)(1) provides Microsoft with an unconditional right to intervene;

    Whereas, on January 7, 2015, Petitioner filed a statement of non-opposition to Microsoft's motion to intervene;

    Whereas, Microsoft has filed motions to intervene in the nine other pending actions in which it is not a named party, and the United States has filed statements of non-opposition in each of those cases;

    Whereas, Microsoft has also filed motions to consolidate the cases pending in the United States District Court for the Western District of Washington with the action to enforce the "designated" summons;

    Whereas, Microsoft and the United States have reached an agreement on consolidating the cases currently pending in the United States District Court for the Western District of Washington, as reflected in a stipulated motion filed on January 13, 2015;

    Whereas, on January 12, 2015, counsel for Petitioner informed counsel for Respondent that it would consent to transfer this action to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1404(a);

    Whereas, the Parties believe that transferring this action to the United States District Court for the Western District of Washington so that this case, along with the twelve other actions, may be heard by a single judge to ensure that the relevant issues are disposed of consistently in the multiple enforcement actions;

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Whereas, the United States District Court for the Western District of Washington has subject matter jurisdiction over this action pursuant to 26 U.S.C. § 7402(a) and 28 U.S.C. § 1345;

Whereas, the United States District Court for the Western District of Washington has personal jurisdiction over the Parties because Petitioner is the Government, Microsoft's principal place of business is in the state of Washington, and Respondent hereby consents to personal jurisdiction in the state of Washington solely for purposes of this action;

Whereas, venue would be proper in the United States District Court for the Western District of Washington because the Parties expressly consent to venue in that district;

Whereas, if this Court issues the requested order transferring this action to the United States District Court for the Western District of Washington, Microsoft and the United States would move to consolidate this case with the other summons enforcement actions pending in that district before the Honorable Ricardo S. Martinez

Whereas, Respondent and Microsoft enter into this stipulation and agreement on the condition that it will not have any prejudicial effect on any kind or type whatsoever on their rights, including but not limited to arguments, affirmative defenses, legal theories, or any other rights.  To be clear, this Stipulation relates solely to transferring the venue of this action in order to streamline the proceedings, conserve judicial and party resources, and avoid inconsistent orders;

Now, therefore, good cause appearing, the Parties hereby stipulate and respectfully request the Court enter an order transferring this action to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and in the interest of justice. All signatories listed, and on whose behalf the filing is submitted, including that below, concur in the filing's content and have authorized the filing.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

4

Case No. 14-CV-05565 (JST)
STIPULATION TO TRANSFER ACTION TO USDC - WESTERN DIST. OF WASHINGTON

Dated: January 15, 2015                    Respectfully submitted,

By: /s/
NOREENE STEHLIK
Trial Attorney
U.S. Department of Justice

Attorneys for Respondent

THE UNITED STATES OF AMERICA

Dated: January 15, 2015                    Respectfully submitted,

By: /s/
Scott H. Frewing
BAKER & McKENZIE LLP

Attorneys for Petitioner
WILLIAM L. VEGHTE

Pursuant to General Order No. 45, Section X(B), Scott H. Frewing hereby attests that the signatory's concurrence in the filing of this document has been obtained.

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation and good cause appearing, IT IS SO ORDERED:

1. This action is transferred to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and in the interest of justice.

Dated: January 16, 2015

Hon.
United

IT IS SO ORDERED
Judge Jon S. Tigar

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

5

Case No. 14-CV-5565 (JST)
STIPULATION TO TRANSFER ACTION TO USDC - WESTERN DIST. OF WASHINGTON